```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                **Case No. 11-72801 RLE**

**TAMI RICHARDSON,**                  **Chapter 13**

                                               **OPPOSITION TO DECLARATION OF**
                                               **MARTHA G. BRONITSKY AND REQUEST**
                             **Debtor.**               **FOR ORDER OF DISMISSAL**
_____/

      Debtor, Tami Richardson, ("Debtor") hereby opposes the Request for Order of Dismissal. The Chapter 13 Trustee's office has agreed to enter into a stipulation with the Debtor to cure the default on her Chapter 13 plan payments. Debtors respectfully request that the Chapter 13 Trustee withdraw the Request for Order of Dismissal.

Dated: January 8, 2013

                                          /s/ Patrick L. Forte
                                          Patrick L. Forte
                                          Attorney for Debtor